WEST SIDE BUILDING & LOAN ASSOCIATION, Plaintiff, vs. BREUER and others, Defendants: MORTGAGE DISCOUNT COMPANY, Appellant, vs. PRAEFKE and wife, Respondents.

*October 12—November 7, 1933.*

For the appellant there was a brief signed by *J. L. Schlatterer* of Milwaukee.

For the respondents Praefke there was a brief by *Wolfe & Hart* and *Z. F. O'Leary,* all of Milwaukee, and oral argument by *Mr. O'Leary.*

FOWLER, J. This case was argued and submitted with the case of *Welfare Building & Loan Association v. Breuer,* decided herewith (*ante,* p. 97, 250 N. W. 846), and is ruled by the decision therein.

*By the Court.*—The judgment of the circuit court is affirmed.